United States District Court
Eastern District of California

1517 MANAGEMENT COMPANY, LLC, et al.
Plaintiff(s)

V.

KHALIL "KC" MOHSENI
Defendant(s)

Case Number: 2:26-cv-01957-DC-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Wilson C. Freeman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs

On 09/09/2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of Arizona (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/28/2026 Signature of Applicant: /s/ Wilson Freeman

**Pro Hac Vice Attorney**

Applicant's Name: Wilson C. Freeman

Law Firm Name: Pacific Legal Foundation

Address: 3100 Clarendon Boulevard

Suite 1000

City: Arlington State: VA Zip: 22201

Phone Number w/Area Code: (202) 888-6881

City and State of Residence: Phoenix, Arizona

Primary E-mail Address: wfreeman@pacificlegal.org

Secondary E-mail Address: incominglit@pacificlegal.org

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Caleb R. Trotter

Law Firm Name: Pacific Legal Foundation

Address: 555 Capitol Mall

Suite 1290

City: Sacramento State: CA Zip: 95814

Phone Number w/Area Code: (916) 419-7111 Bar # 305195

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 20, 2026

Dena Coggins
United States District Judge